CLARA M. CRAMER, Respondent, *v.* MELANCHTHON W. PERINE et al., Appellants.

*Appeal — failure to prosecute.*

*Cramer v. Perine,* 197 App. Div. 218, appeal dismissed.

(Submitted October 15, 1923; decided October 23, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 12, 1921, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and granting a new trial.

The motion was made upon the ground of failure to prosecute and abandonment of the appeal.

*George H. Wade* for motion.

*J. Neil Mahoney* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion to respondent.